NTF
Rev. 12/15

# United States Bankruptcy Court
## Southern District of California

Jacob Weinberger U.S. Courthouse
325 West F Street
San Diego, CA 92101−6991

Telephone: 619−557−5620
Website: www.casb.uscourts.gov
Hours: 8:30am − 4:30pm Monday−Friday

**Michael Gammond**
3043 Helix St.
Spring Valley, CA 91977
xxx−xx−7855
*No Known Aliases*

Case number: 21−00536−CL13
Chapter: 13
Judge Christopher B. Latham

### Notice To Filer Of Errors And/Or Deficiencies in Documents

Document Number **4** and/or Claim Number filed on: **2/15/21** Title of Document: **Declaration Re: Electronic Filing**

Pursuant to the Federal Rules of Bankruptcy Procedures, Local Bankruptcy Rules and Administrative Procedures 1.12 Correcting Filing or Docket Errors, the following errors or deficiencies have been found with your filed document:

**Other reason−−See OTHER section below.**

**Service was not completed on:**

☐ Debtor ☐ Attorney ☐ Trustee ☐ U.S. Trustee

**ACTION TAKEN BY COURT**

☐ Atty/Debtor/Movant contacted on via ☐ Tel/Voice Mail ☐ Email ☐ Mail or Other

**ACTION REQUIRED BY FILER**

**Amended document MUST BE FILED and RE−SERVED if applicable**

**OTHER:** **Document is not legible. Please resubmit.**

**Thank you.**

Dated: 2/16/21

Michael Williams
Clerk of the Bankruptcy Court