David L. Skelton, Trustee State Bar No. 96250
Rebecca E. Pennington State Bar No. 174488
Richard L. Stevenson State Bar No. 239705
**OFFICE OF THE CHAPTER 13 TRUSTEE**
402 West Broadway, Suite 1450
San Diego, CA 92101-8544
Telephone (619) 338-4006
Facsimile (619) 239-5242

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

| In re:<br><br>MICHAEL GAMMOND<br><br>Debtor. | Case No. 21-00536-CL13<br><br>DATE: May 5, 2021<br>TIME: 10:00 AM<br>DEPT: 5<br><br>TRUSTEE'S OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN AND MOTION TO DISMISS PURSUANT TO 11 U.S.C.1307(c)(5) |
|---|---|

DAVID L. SKELTON, Chapter 13 Standing Trustee ("Trustee"), hereby objects to confirmation and moves the Court for Denial of Confirmation and an Order of Dismissal. The bases for the Trustee's objection(s) are:

### I. 11 USC § 1322(d)(1)(C)

A. The Plan provides for payments over a period exceeding five years (or exceeding 3 years without cause). See §1322(d) *et. seq.*

**1. Plan length is estimated at 615 months (see Exhibit A).**

**2. Payments must increase to pay scheduled claims.**

///

///

///

## II. 11 USC § 1325 (b)(1)(B) AND/OR 11 USC § 1329(a)

A. The debtor has failed to apply all projected disposable income to the Plan for a period of not less than the applicable commitment period (the "ACP"). See *In Re Danielson v. Flores,* (In re Flores), 2013 U.S. App. LEXIS 18413 (9th Cir. March 2013); See *In Re Braswell,* 2013 Bankr. LEXIS 2630 (Bankr. D. Oregon June 2013); See §1325(b)(1)(B); See §1329(a); See also, *In re Ransom,* 131 S.Court 716; 178 L.Ed 2d 603 (2011); *In re Sounakhene*, 249 B.R. at 805 citing *In re Than,* 215 B.R. 430 (9th Cir. BAP 1997); *In re Sunahara,* 326 B.R. 768 (9th Cir. BAP 2005); *In re Hall,* 442 B.R. 754 (Bankr. D. Idaho 2010); *In re Witkowski,* 16 F.3d 739, 746 (7th Cir. 1994); *In re Powers,* 202 B.R. 618 (9th Cir. BAP 1996).

1. **Debtor will provide proof of updated family support information and new employment info with first full month's pay if/and when received along with amended Schedules I and J as may be necessary.**

## III. 11 USC § 1322 (a)(2)

A. The Plan does not provide for full payment of all priority claims. See §1322(a)(2).

1. **Tax claims are much higher than scheduled.**

## IV. 11 USC § 1322 *et. seq.*

A. The Plan is incomprehensible or internally inconsistent and the Trustee cannot administer it in its current format.

1. **Debtor should check a box in part 4.7.**
2. **Debtor schedules IRS and FTB total priority tax debt at $16,000.**
3. **Part 4.8 should be amended to accurately disclose the estimated total priority debt and check boxes to disclose amounts for IRS and FTB claims.**

///

///

///

## V. 11 USC § 1325(a)(3)

A. The Plan is not proposed in good faith or does not comply with Code provisions. See §1325 (a)(3); *In re Leavitt,* 171 F.3d 1219, 1222-23 (9th Cir. 1993); *In re Lanning,* 403 B.R.47 (Bankr. N.D. CA 2009); *In re Padilla,* 213 B.R. 349, 352 (9th Cir. BAP 1997).

**1. Attorney bar number on form 101 (Petition), page 7 is Mayan Montazari vs Greg Highnote. Trustee requires ID documentation.**

**2. Amendment to Schedule I is necessary to correct employment address.**

WHEREFORE, the Trustee respectfully requests that confirmation of Debtor's plan be denied and the case be dismissed.

Date: March 26, 2021                                   /s/ Rebecca E. Pennington
                                                              Attorney for Chapter 13 Trustee

# EXHIBIT A

Plan Analysis For **Case Number 2100536**

| | |
|---|---|
| Start Month 2021/03 | |
| Base Amount | 0.00 |
| Unsecured Base Amt | 0.00 |
| Unsecured Pay Percent | 0.00 % |

| | |
|---|---|
| Total Funds Paid In To Date | 150.00 |
| *Funds Paid Ahead* | *0.00* |
| Disbursed To Creditors To Date | 0.00 |
| Fees Paid To Date | 15.00 |
| **Beginning Funds on Hand** | 135.00 |

GAMMOND, MICHAEL
3043 HELIX ST.
SPRING VALLEY, CA 91977

| Claim | Creditor Name | Month | Allowed | Principal Paid | Interest Paid | Percentage Due/Paid | Balance Due |
|---|---|---|---|---|---|---|---|
| | Pay Seq 17  Class 9 | Month | Pay Method  Pro Rata | | | | |
| 799 | GREGORY T HIGHNOTE #144627 | 13 | 3,463.00 | 3,463.00 | 0.00 | 100/100% | 0.00 |
| | Group Totals... | | 3,463.00 | 3,463.00 | 0.00 | | (0.00) |
| | Pay Seq 18  Class 8 | Month | Pay Method  Pro Rata | | | | |
| 899 | DEBTOR | 0 | 0.00 | 0.00 | 0.00 | 0% | CLOSED |
| | Group Totals... | | 0.00 | 0.00 | 0.00 | | 0.00 |
| | Pay Seq 30  Class 2 | Month | Pay Method  Pro Rata | | | | |
| 004 | FRANCHISE TAX BOARD^ | 615 | 23,708.93 | 23,708.93 | 0.00 | 100/100% | 0.00 |
| 001 | INTERNAL REVENUE SERVICE^ | 615 | 139,180.32 | 139,180.32 | 0.00 | 100/100% | 0.00 |
| | Group Totals... | | 162,889.25 | 162,889.25 | 0.00 | | (0.00) |
| | Pay Seq 35  Class 3 | Month | Pay Method  Pro Rata | | | | |
| | ALIANCEONE RECEVIABLE | 0 | 0.00 | 0.00 | 0.00 | 0% | 0.00 |
| | ALLIANCEONE | 0 | 0.00 | 0.00 | 0.00 | 0% | 0.00 |
| | COR TRUST BANK | 0 | 0.00 | 0.00 | 0.00 | 0% | 0.00 |
| | CREDIT CONTROL CORP | 0 | 0.00 | 0.00 | 0.00 | 0% | 0.00 |
| | DIVERSIFIED CONSULTANT | 0 | 0.00 | 0.00 | 0.00 | 0% | 0.00 |
| | ELNER BARIANTRIC INC | 0 | 0.00 | 0.00 | 0.00 | 0% | 0.00 |
| | ENHANCRCVRO | 0 | 0.00 | 0.00 | 0.00 | 0% | 0.00 |
| | FIRST PREMIER BANK | 0 | 0.00 | 0.00 | 0.00 | 0% | 0.00 |
| | FIRST PREMIER BANK | 0 | 0.00 | 0.00 | 0.00 | 0% | 0.00 |
| | FLAGSHIP CREDIT ACCEPTANCE ... | 0 | 0.00 | 0.00 | 0.00 | 0% | 0.00 |
| 004 | FRANCHISE TAX BOARD^ | 0 | 0.00 | 0.00 | 0.00 | 0% | 0.00 |
| | FRANCHISE TAX BOARD^ | 0 | 0.00 | 0.00 | 0.00 | 0% | 0.00 |
| 005 | FRANCHISE TAX BOARD^ | 0 | 0.00 | 0.00 | 0.00 | 0% | 0.00 |
| | INTERNAL REVENUE SERVICE^ | 0 | 0.00 | 0.00 | 0.00 | 0% | 0.00 |
| 001 | INTERNAL REVENUE SERVICE^ | 0 | 0.00 | 0.00 | 0.00 | 0% | 0.00 |
| 002 | MIDLAND CREDIT MANAGEMENT ... | 0 | 0.00 | 0.00 | 0.00 | 0% | 0.00 |
| 003 | MIDLAND CREDIT MANAGEMENT ... | 0 | 0.00 | 0.00 | 0.00 | 0% | 0.00 |
| | PROGRESSIVE MGMT SYSTE ... | 0 | 0.00 | 0.00 | 0.00 | 0% | 0.00 |
| | PROVIDENT CREDIT UNION | 0 | 0.00 | 0.00 | 0.00 | 0% | 0.00 |
| | SAM VARO CPA | 0 | 0.00 | 0.00 | 0.00 | 0% | 0.00 |
| | TEK COLLECT INC | 0 | 0.00 | 0.00 | 0.00 | 0% | 0.00 |
| | Group Totals... | | 0.00 | 0.00 | 0.00 | | 0.00 |

EpiqAllocate: 7.2.4.2 - 01/23/2019 EpiqDisburse: 8.1.0.2 - 05/08/2018   03/26/2021 10:14 am

Plan Analysis For **Case Number 2100536**

| | |
|---|---|
| Start Month | 2021/03 |
| Base Amount | 0.00 |
| Unsecured Base Amt | 0.00 |
| Unsecured Pay Percent | 0.00 % |

| | |
|---|---|
| Total Funds Paid In To Date | 150.00 |
| *Funds Paid Ahead* | *0.00* |
| Disbursed To Creditors To Date | 0.00 |
| Fees Paid To Date | 15.00 |
| **Beginning Funds on Hand** | 135.00 |

GAMMOND, MICHAEL
3043 HELIX ST.
SPRING VALLEY, CA 91977

| Claim | Creditor Name | Allowed | Principal Paid | Interest Paid | Percentage Due/Paid | Balance Due |
|---|---|---|---|---|---|---|
| Pay Seq 99 | Class 8 | Month | Pay Method Pro Rata | | | |
| 777 | DEBTOR | 0 | 0.00 | 0.00 | 0.00 | 0% | CLOSED |
| Group Totals... | | | 0.00 | 0.00 | 0.00 | | 0.00 |

Remaining Claim Balances

| | | | | |
|---|---|---|---|---|
| | | 166,352.25 | 166,352.25 | 0.00 | (0.00) |
| Total Paid In | 292,050.00 | Total Due All Claims + Fees | | 0.00 |
| Total Principal and Interest | 166,352.25 | Total Due Must Pay Claims | | 0.00 |
| Total Fees | 28,913.10 | Underfunded Amount | | 0.00 |
| Ending Funds on Hand | 96,784.65 | | | |

| | | Paid UNS (3,5) | Claimed UNS (3,5) | Allow UNS (3,5) |
|---|---|---|---|---|
| Percentage Paid to Unsecured Per Plan | 0.00 % | 0.00 | 199,896.14 | 0.00 |
| Projected Percentage Paid to Unsecured | 0.00 % | | | |

Current Payments and Abatements

Payment   Starting on 03/2021  Ending on __/____  Frequency of Monthly    For 300.00

United States Bankruptcy Court
Southern District of California

In re:                                                                                       Case No. 21-00536-CL
Michael Gammond                                              Chapter 13
   Debtor

# CERTIFICATE OF NOTICE

District/off: 0974-3                                User: admin                                       Page 1 of 1
Date Rcvd: Mar 26, 2021                       Form ID: pdf918                              Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**     **Definition**
+                 Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 28, 2021:**

**Recip ID**               **Recipient Name and Address**
db                  + Michael Gammond, 3043 Helix St., Spring Valley, CA 91977-2731

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 28, 2021                                Signature:               /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 26, 2021 at the address(es) listed below:

**Name**                          **Email Address**
David L. Skelton
                                   admin@ch13.sdcoxmail.com;dskelton13@ecf.epiqsystems.com

Gregory Highnote
                                   on behalf of Debtor Michael Gammond Greg@BankruptcySD.com

United States Trustee
                                   ustp.region15@usdoj.gov

TOTAL: 3