| | |
|---|---|
| DAVID L. SKELTON, TRUSTEE  #96250<br>REBECCA E. PENNINGTON  #174488<br>RICHARD L. STEVENSON  #239705<br>OFFICE OF THE CHAPTER 13 TRUSTEE<br>402 WEST BROADWAY, SUITE 1450<br>SAN DIEGO, CA 92101-8544<br>(619) 338-4006 (Phone)<br>(619) 239-5242 (Fax) | |
| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF CALIFORNIA<br>325 West F Street, San Diego, CA 92101-6991 | |
| In Re<br>   MICHAEL GAMMOND<br><br>   3043 HELIX ST.<br>   SPRING VALLEY, CA 91977<br><br>                               Debtor. | Bankruptcy Case No.  21-00536-CL13<br><br>Date:   May 5, 2021<br>Time:  10:00 AM<br>Dept:  5 |

### Notice of Hearing on Objection to Confirmation of Chapter 13 Plan and
### Motion to Dismiss Pursuant to 11 U.S.C. Section 1307(c)(5)

To the Debtor and their Attorney of Record:

YOU ARE HEREBY NOTIFIED that on May 5, 2021 at 10:00 AM in Department 5 of the Jacob Weinberger United States Courthouse, located at 325 West F Street, San Diego, CA 92101-6991, there will be a hearing regarding the attached Objection to Confirmation of the Debtor's Chapter 13 plan and Motion to Dismiss pursuant to Section 1307(C)(5) filed by DAVID L. SKELTON, CHAPTER 13 TRUSTEE.

Any opposition or other response to this motion must be served upon the undersigned, the United States Trustee, and the original and one copy of such papers with proof of service must be filed with the Clerk of the U.S. Bankruptcy Court at 325 West F Street, San Diego, CA 92101-6991 not later than fourteen days after date of service.

DATED:  March 26, 2021                                                               /s/ Rebecca E. Pennington
                                                                                    Attorney for David L. Skelton, Trustee

United States Bankruptcy Court
Southern District of California

In re:     Case No. 21-00536-CL
Michael Gammond     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0974-3     User: admin     Page 1 of 1
Date Rcvd: Mar 26, 2021     Form ID: pdf919     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 28, 2021:**

**Recip ID**     **Recipient Name and Address**
db     + Michael Gammond, 3043 Helix St., Spring Valley, CA 91977-2731

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 28, 2021     Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 26, 2021 at the address(es) listed below:**

**Name**     **Email Address**

David L. Skelton
    admin@ch13.sdcoxmail.com;dskelton13@ecf.epiqsystems.com

Gregory Highnote
    on behalf of Debtor Michael Gammond Greg@BankruptcySD.com

United States Trustee
    ustp.region15@usdoj.gov

TOTAL: 3