GREGORY T. HIGHNOTE (#144627)
BANKRUPTCY LEGAL GROUP
501 W. BROADWAY ST., STE. 510
SAN DIEGO, CA 92101

TELEPHONE: (619) 233-4415
FAX:       (619) 233-4428

Attorney for Debtor,
MICHAEL GAMMOND

**UNITED STATES BANKRUPTCY COURT,**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re: | Case No.: 21-00565-CL13 |
| MICHAEL GAMMOND, | **DECLARATION OF MICHAEL GAMMOND. IN RESPONSE TO OBJECTIONS TO CONFIRMATION** |
| Debtor | DATE: May 5, 2021<br>TIME: 10:00 am<br>DEPT: 5 |

I, MICHAEL GAMMOND, declare as follows:

1. I am the Debtor in the above-referenced Chapter 13 Bankruptcy.

2. I have personal knowledge of the facts stated herein and if called as a witness I could and would testify competently.

3. This Declaration is in Response to the Objections to Confirmation of FRANCHISE TAX BOARD ("FTB") and the Chapter 13 Trustee.

4. I filed the present bankruptcy as a safe harbor while I resolve my child support and tax issues. I have been going through a bitter custody dispute for my five year old daughter,

and am near resolving that, which will allow me to increase my plan payment considerably.

5. I have contacted the tax entities to try to make an arrangement where I pay a maximum amount of my income through my bankruptcy to avoid their levies, but have not yet received a response to my offers. I am optimistic to hear something before the hearing and hope that the Court will allow me to do so.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and this document was executed at San Diego, California.

DATED: April 19, 2021   By: /S/ MICHAEL GAMMOND
                             MICHAEL GAMMOND, Debtor

DECLARATION OF DEBTOR IN RESPONSE TO OBJECTIONS
- 2 -