David L. Skelton, Trustee State Bar No. 96250
Rebecca E. Pennington State Bar No. 174488
Richard L. Stevenson State Bar No. 239705
**OFFICE OF THE CHAPTER 13 TRUSTEE**
402 West Broadway, Suite 1450
San Diego, CA 92101-8544
Telephone (619) 338-4006
Facsimile (619) 239-5242

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | ) Case No. 21-00536-CL13 |
| | ) Chapter 13 Case |
| | ) |
| | ) DATE:   May 5, 2021 |
| MICHAEL GAMMOND | ) TIME:   10:00 AM |
| | ) JUDGE: HON. CHRISTOPHER B. |
| | ) LATHAM |
| | ) DEPT:   5 |
| | ) |
| Debtor. | ) TRUSTEE'S STATEMENT OF CASE |
| | ) STATUS |

This Statement of Case Status is filed with the Court with respect to Trustee's Objection to Confirmation and Motion to Dismiss.  Pending resolution of the following issues, objections remain:

1.  The parties continue to confer through counsel.

2.  Trustee has received copies of 2019 and 2020 tax returns and Debtor's new payment information.

3.  Tax issues must be resolved.  Plan length is estimated at 615 months due to IRS and FTB priority tax claims at $139,180.32 and $23,708.93 respectively.

4.  Trustee requires proof of updated support information.

5.  Plan amendment is required to check box in Part 4.8  and accurately disclose tax liability.

6. Amended Schedule I is necessary to correct employment address.

7. Amended Petition is necessary to correct Attorney Bar Number.

Date: April 22, 2021            ___/s/ Rebecca E. Pennington___
                                             Attorney for Chapter 13 Trustee