David L. Skelton, Trustee State Bar No. 96250
Rebecca E. Pennington State Bar No. 174488
**OFFICE OF THE CHAPTER 13 TRUSTEE**
402 West Broadway, Suite 1450
San Diego, CA 92101-8544
Telephone (619) 338-4006
Facsimile (619) 239-5242

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>MICHAEL GAMMOND<br><br>Debtor. | Case No. 21-00536-CL13<br>Chapter 13 Case<br><br>DATE: August 25, 2021<br>TIME: 10:00 AM<br>JUDGE: HON. CHRISTOPHER B. LATHAM<br>DEPT: 5<br><br>TRUSTEE'S STATEMENT OF CASE STATUS |

    This Statement of Case Status is filed with the Court in respect to Trustee's Objection to Confirmation and Motion to Dismiss. Pending resolution of the following issues, objections remain:

1. This case is continued from May 5, 2021 to allow debtor to confer with the IRS and FTB concerning tax claims which make this a 575 month plan. The claims remain substantially the same and a payment of $2900 per month for the full 60 months is needed.

2. All objections remain (Doc 14).

Date: August 16, 2021                                                  /s/ David L. Skelton
                                                                                                                  Chapter 13 Trustee