NTF
Rev. 08/21

United States Bankruptcy Court
Southern District of California
Jacob Weinberger U.S. Courthouse
325 West F Street
San Diego, CA 92101−6991

Telephone: 619−557−5620
Website: www.casb.uscourts.gov
Hours: 8:30am − 4:30pm Monday−Friday

**Michael Gammond**
 3043 Helix St.
Spring Valley, CA 91977
xxx−xx−7855
*No Known Aliases*

Case number: 21−00536−CL13
Chapter: 13
Judge Christopher B. Latham

**See Note**

## Notice To Filer Of Errors And/Or Deficiencies in Documents

Document Number **31**   filed on: **8/17/21**
Title of Document: **Statement**

Pursuant to the Federal Rules of Bankruptcy Procedures, Local Bankruptcy Rules and Administrative Procedures 1.12 Correcting Filing or Docket Errors, the following errors or deficiencies have been found with your filed document:

**Document filed is incomplete. The document is either missing pages, pages are incomplete, or all exhibits referred to are not attached. If the document contains incomplete pages or is missing pages, the entire document must be re−filed. Any missing exhibits can be filed separately with a cover pleading, Notice of Filing Omitted Exhibits, and relating it to the original filing.**

☐ Amendment (CSD 1100)    ☐ Balance of Schedules (CSD 1099)    ☐ Notice to Creditors (CSD 1101)

Visit the Court website CM/ECF Resources online page containing the most current step−by−step CM/ECF manual, court forms and training video. If you have questions, please contact the Case Administrator assigned to your case https://www.casb.uscourts.gov/court_phone_list.

**ACTION TAKEN BY COURT**
☐ Atty/Debtor/Movant contacted on _____   via ☐ Tel/Voice Mail    ☐ Email    ☐ Mail or Other

**OTHER:** **Note−−page 2 is blank.**

Dated: 8/17/21

Michael Williams
Clerk of the Bankruptcy Court